```
1  McGREGOR W. SCOTT
   United States Attorney
2  RUSSELL L. CARLBERG
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2748
```



IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: SEALED SEARCH WARRANT ) <br> IN THE MATTER OF THE SEARCH OF ) <br> 2424 Professional Drive ) <br> Roseville, CA 95661 ) <br> and ) <br> 7915 Shelborne Drive ) <br> Granite, CA 95746 ) <br> ) <br> _____) | CR. NO. 2:08-SW-361 DAD <br><br> Application For Order Unsealing <br> Search Warrant; [~~Proposed~~] Order |

TO THE HONORABLE GREGORY HOLLOWS, UNITED STATES MAGISTRATE JUDGE:

COME NOW Russell L. Carlberg, Assistant United States Attorney for the Eastern District of California, to petition this Court and respectfully represent:

1. On August 25, 2008, the Honorable United States Magistrate Judge Dale A. Drozd issued an order sealing the Application and Affidavit in Support of Search Warrant in the above-referenced case. Judge Drozd also signed a separate sealing order cover sheet that stated that the case was sealed. In fact, the intent was to seal only the application and affidavit in support of the warrant; the

warrant itself was to be publicly filed upon its return by the agent.

2. On August 26, 2008, federal agents executed the search warrant at the above-captioned addresses. Approximately ten days later the agent completed the search warrant return.

THEREFORE, your petitioner prays that the search warrant be unsealed and made part of the public record, but that the application and affidavit in support of the warrant remain under seal for the reasons stated in the original sealing order.

Dated: September 24, 2008          Respectfully submitted,

                                   McGREGOR W. SCOTT
                                   UNITED STATES ATTORNEY

                             by:   _____
                                   RUSSELL L. CARLBERG
                                   Assistant U.S. Attorney

*including attachments A & B*

[~~PROPOSED~~] ORDER

THE COURT HEREBY ORDERS that the Search Warrant in Case No. 2:08-SW-361 DAD be unsealed and made part of the public record. The Application and Affidavit in Support of the Search Warrant shall remain under seal absent further order of the Court.

DATED: Sept. 24, 2008

                                   _____
                                   GREGORY G. HOLLOWS
                                   HON. GREGORY HOLLOWS
                                   United States Magistrate Judge

2